**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Clifton Jerry Francis, Jr. v. Adrian Garcia, Sheriff; Harris County Sheriff Office; and Harris County, Texas

Appellate case number:    01-14-00540-CV

Trial court case number:  2014-25685

Trial court:          190th District Court of Harris County

On July 17, 2014, appellant, Clifton Jerry Francis, filed an affidavit of indigence in this Court in the above-referenced appeal. *See* TEX. R. APP. P. 20.1(a)(2). On August 12, 2014, we referred the affidavit to the trial court. *See* TEX. R. APP. P. 20.1(c)(1), (d), (h)(4). On September 29, 2014, the District Clerk of Harris County timely filed a contest to the affidavit. *See* TEX. R. APP. P. 20.1(e)(1). The trial court, therefore, was required to either conduct a hearing or sign an order extending the time to conduct the hearing by October 9, 2014. *See* TEX. R. APP. P. 20.1(i)(2), (3). Further, to properly sustain the contest, the trial court was required to sign an order sustaining the contest within the prescribed period for the hearing. *See* TEX. R. APP. P. 20.1(i)(4). The clerk's record filed in this Court does not reflect that the trial court signed an order extending the period for the hearing or ruled on the contest by October 9, 2014. Accordingly, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See id.*

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the District Clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                    ☒ Acting individually    ☐ Acting for the Court

Date: February 5, 2015